IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JUAN ANDRES SILVA CARDENAS, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| V. | § | No. 3:26-cv-796-K-BN |
| | § | |
| MARKWAYNE MULLIN, Acting | § | |
| Secretary, ET AL., | § | |
| | § | |
| Respondents. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings and conclusions in this case recommending that the Court should deny Petitioner Juan Andres Silva Cardenas's Motion for Temporary Restraining Order and Motion for Preliminary Injunction [Dkt. No. 3]. *See* Dkt. No. 7.

No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.  Accordingly, Petitioner's Emergency Motion for Temporary Restraining Order and/or Preliminary Injunction (Dkt. No. 3) is DENIED.

SO ORDERED.

Signed March 30th, 2026.

_Ed Kinkeade_

ED KINKEADE
UNITED STATES DISTRICT JUDGE